JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GOMEZ, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>FORD MOTOR COMPANY, et al., <br><br>　　　　　Defendants. | Case No. CV 22-4851-MWF(RAOx) <br><br> ORDER GRANTING STIPULATION FOR DISMISSAL |

　　　The Court has reviewed the parties' Joint Stipulation for Dismissal. (Docket No. 14). The Court GRANTS the parties' request. The entire action, including all claims and causes of action as stated herein against all parties, is hereby DISMISSED with prejudice.

　　　**IT IS SO ORDERED.**

Dated: August 24, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-